IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

McGOWEN PRECISION BARRELS, LLC,

        Plaintiff,

vs.

PROOF RESEARCH INC.,

        Defendant.

CV 22-39-M-DLC-KLD

ORDER

Plaintiff McGowen Precision Barrels, LLC moves for the admission of Amber N. Robichaux to practice before this Court in this case with Timothy B. Strauch to act as local counsel. Ms. Robichaux's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Amber Robichaux pro hac vice is GRANTED on the condition that Ms. Robichaux shall do her own work. This means that Ms. Robichaux must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Robichaux, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 25th day of February, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge