## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| McGOWEN PRECISION BARRELS, LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>PROOF RESEARCH INC.,<br><br>       Defendant. | CV 22-39-M-KLD<br><br>ORDER |

The parties have filed a joint motion for a discovery status conference regarding the inadvertent disclosure of an email communication produced by Defendant Proof Research, Inc. (Doc. 72). Included in the motion were the parties' respective arguments on the discovery dispute at issue. Accordingly,

IT IS ORDERED that the parties' motion for a discovery status conference (Doc. 72) is DENIED and an order on the merits will be forthcoming.

DATED this 21st day of July, 2023.

Kathleen L. DeSoto
United States Magistrate Judge