IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| McGOWEN PRECISION BARRELS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>PROOF RESEARCH, INC.,<br><br>        Defendant. | CV-22-39-M-KLD<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Based on the stipulation of the parties (Doc. 78) and for good cause shown,

IT IS HEREBY ORDERED that this lawsuit is dismissed in its entirety with prejudice, each party to bear their own costs and fees.

DATED this 23rd day of February, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge